1 | LYNN V. RIVERA
  | NEVADA BAR NO. 6797
2 | **BURNHAM BROWN**
  | A Professional Law Corporation
3 | 200 S. Virginia Street, 8th Floor
  | Reno, Nevada 89501
4 | Telephone:  (775) 398-3065
  | Facsimile:  (877) 648-5288
5 | Email:  lrivera@burnhambrown.com

6 | Attorneys for Defendant
  | HOME DEPOT U.S.A., INC.

## UNITED STATES DISTRICT COURT, STATE OF NEVADA

ODELL GUSS, an individual,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a foreign corporation, DOES I-X, inclusive and ROE Corporations I-X, inclusive,

    Defendants.

No. 3:20-cv-00219-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that all claims against Defendant HOME DEPOT U.S.A., INC. in the above entitled action be dismissed with prejudice, each party to bear their own attorney's fees, costs and related expenses.

///

///

///

///

///

DATED: October 19, 2020

BURNHAM BROWN

/s/ Lynn V. Rivera
LYNN V. RIVERA
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: October 19, 2020

GALLOWAY & JENSEN

/s/ Graham Galloway
Graham Galloway
222 California Avenue
Reno, NV 89509
Attorneys for Plaintiff
ODELL GUSS

IT IS SO ORDERED.

DATED: October 19, 2020

UNITED STATE DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*Odell Guss v. Home Depot U.S.A., Inc., et al.*
United States District Court, State of Nevada. Case No. 3:20-cv-00219-MMD-WGC

Pursuant to NRCP 5(b), I certify that I am an employee of Burnham Brown, and that on this date, I caused the foregoing:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

to be served on all parties to this action by:

☒ **E-FILE**:  By transmitting a true copy, by way of electronic filing upon each of the parties at the following e-mail address(es).

| | |
|---|---|
| Graham Galloway, Esq.<br>Robert R. Jensen, Esq.<br>GALLOWAY & JENSEN<br>222 California Ave.<br>Reno, NV  89509<br>Tel: (775) 333-7555<br>Email: graham@gallowayjensen.com | Attorneys for Plaintiff<br>ODELL GUSS |

Dated:     October 19, 2020

　　　　　　　　　　　　　　　　　　　　　*/s/ Peggy Ortega*
　　　　　　　　　　　　　　　　　　　　Peggy Ortega an employee of Burnham Brown

4845-0387-9375, v. 1